ALBERT THOMAS O'NEIL, SR. v. WILLIAM J. CORRICK AND OTHERS, ALSO KNOWN AS AND d.b.a. CORRICK, MILLER, MEYER & NELSON.

239 N. W. 2d 230.

February 6, 1976—No. 45718.

*Albert Thomas O'Neil, Sr.,* pro se, for appellant.

*Richards, Montgomery, Cobb & Bassford* and *Lynn G. Truesdell III,* for respondents.

PER CURIAM.

This is an appeal by plaintiff, acting as his own attorney, from judgment entered against him in an action against the attorneys who represented his deceased former wife in her divorce suit against him, a suit which ended in settlement. We have carefully examined the record and conclude that the trial court properly dismissed plaintiff's action and granted defendants summary judgment. Plaintiff failed to comply with an order that he either provide full and complete answers to written interrogatories within 30 days or have his action dismissed, and there-

fore dismissal or default judgment was justified under Rule 37.02 (2)(c), Rules of Civil Procedure.

Affirmed.

MR. JUSTICE KELLY took no part in the consideration or decision of this case.